## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Jason and Debra Obester, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff's are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On  5/26/11 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before  5/26/11  Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit Investment security | Date of Investment | Amount Invested |
|---|---|---|
| S512 B | 7/25/2008 | $135,000.00 |
|  |  | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this  23rd  day of  September  2010

Jason Obester
_____
Plaintiff signature

Debra Obester
_____
Plaintiff signature

4112 S Willow Ave
_____
Address

918-398-4511  Home
_____
Telephone number

918-902-2035 Cell

Broken Arrow, OK 74012
_____
City, State, Zip

bpowners@gmail.com
_____
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Greg and Stephanie Smith, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff's are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On  5/26/11 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before  5/26/11 , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S310, S312 | 1/16/2007 | $335,000.00 |
|  |  | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this  23rd  day of  Sympy , 2010

_____
Plaintiff signature

_____
Plaintiff signature

2016 Kindspointe DR
Address

CHESTER field Mo 63005
City, State, Zip

636-519-81488
Telephone number

Greym Smith @ hotmail. com
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Gus and Tracey Skinner, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff's are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On __5/26/11__, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before __5/26/11__, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S405A and S405B | 3/7/2007 | $309,900.00 |
| | | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this __15TH__ day of __October__, 2010 _Gus H._

                                                Plaintiff signature

                                       _Tracey Skinner_
                                        Plaintiff signature

Address #2 Tracey 2421-Apt 2 Glenmary Ave
Address #1 Gus PO Box 1126
Address

                                     Louisville KY 42653
                                     Whitley City KY 42653
                                     City, State, Zip

        _502 777-9012_
        Telephone number

                                     successbuilders.tskinner@gmail.com
                                     E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Charles Poziombka, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _5/26/11_, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _5/26/11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S406B | 1/4/2007 | $129,900.00 |
|  |  | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _30_ day of _SEP_, 2010

_Charles Poziombka_
Plaintiff signature

_P.O. Box 326_
Address

_870-204-6030 / 870-715-9143_
Telephone number

_Hammon, Ok, 73650_
City, State, Zip

_Chuck 72641@yahoo.com_
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Hunter-Tunnell Branson Investments, LLC, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _5/26/11_ , Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _5/26/11_ , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N-202B | 2/16/2007 | $129,900.00 |
| | | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _27th_ day of _September_, 2010 _David S. Hunter_

Plaintiff signature

_20 HARBOROUGH LN._
Address

_BELLA VISTA, AR 72714_
City, State, Zip

_479 - 271 - 8897 (H)_
Telephone number
_479 - 246 - 8254 (C)_

_dave-hunter@cox.net_
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Elaine Bastl, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _5/26/11_, Plaintiff still owned a Promenade Branson Landing / Hilton condominium -- hotel room unit investment security, and before _5/26/11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S503B | 2/16/2007 | $129,900.00 |
| N212B | | $129,000.00 $139,900.00 |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _23 rd_ day of _September_, 2010 _Elaine M Bastl_
                                                    Plaintiff signature


_2349 SEVEN PINES DR #4_
**Address**

_314-434-0329  (HOME)_
**Telephone number**
_314-504-7919 (CELL)_

_ST. LOUIS  MO 63146_
**City, State, Zip**

_MSELA3 @SBCGLOBAL.NET_
**E-mail Address**

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Shirk Living Trust by Craig and Linda Shirk, Trustees, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6·22·11 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium -- hotel room unit investment security, and before 6·22·11 , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N204 | 2.28.07 | $199,900.00 |
| | | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 22 day of June , 2011

_____
Plaintiff signature

_____
Plaintiff signature

210 Bear Meadow Trail
_____
Address

Evergreen CO 80439
_____
City, State, Zip

303 670 3284
_____
Telephone number

lindainevergreen@yahoo.com
_____
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Don and Norma Smith Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/2/11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/20/11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S 412 A | Feb. 1, 2007 | $189,900.00 |
| | | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _20th_ day of _June_, 2011 _____
Plaintiff signature

_Norma Jean Smith_
Plaintiff signature

_318 Trieste Drive_
Address

_Punta Gorda Fl 33950_
City, State, Zip

_941-639-7696_
Telephone number

_desFamily@embarqmail.com_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Millen Family Trust by Allen Millen Trustee, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On ~~6/15/(2011)~~ 6/21/(2011), Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6-21-2011, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| ~~S2011~~  S211C | 09/17/2007 | $199,900.00 |
|  |  | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 21 ST day of JUNE , 2011 _Allen K Millen_
Plaintiff signature

_3708 W 154 TH ST_
Address

_OVERLAND PARK, KS 66224_
City, State, Zip

_913-685-9685_
Telephone number

_ADMILLEN @ SBC GLOBAL . NET_
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Branson Landing Condo, LLC by Scott Friedman, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On June 21, 2011, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _____, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S-318 | 10/23/06 | $199,000.00 |
| S-318 | 10/23/06 | $ 199,000 w |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 21st day of June, 2011 _____
                                        Plaintiff signature

21 Mission Way                          Tenafly NJ 07670
Address                                 City, State, Zip
201·245·6094                            Slothman12@gmail.com
Telephone number                        E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Douglas A. & Dorothy A. Kuehl, LLC by Douglas and Dorothy Kuehl, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6-21-11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-21-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 406A | 3/11/2005 | $ 189,900.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _31st_ day of _June_, 2011    _Douglas A. Kuehl_
                                             Plaintiff signature

                                             _Dorothy A. Kuehl_
                                             Plaintiff signature

_1221 1st Ave_                               _Westbrook, Minnesota 56183_
Address                                      City, State, Zip

_507-274-5142_                               x _dkuehl958@centurytel.net_
Telephone number                            E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Timothy F. & Beverly A. Grimm Living Trust by Tim and Beverly Grimm, Trustees, Plaintiffs declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On  6-21-11 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before  6-21-11 , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 413A | 1-3-07 | $189,900.00 |
| 307A | 1-3-07 | $199,900.00 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this  21st  day of  JUNE , 2011

_____
Plaintiff signature

_____
Plaintiff signature

2819 College Park Dme
Address

Lancaster, Ca. 93536
City, State, Zip

661-949-9400
Telephone number

Candlegrimma@roadrunner.Ca  ROAD Runner
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Robin and Diane Renner, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6-20-11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-20-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N217 | 3/22/2007 | $279,900.00 |
|  |  |  |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _20th_ day of _June_, 2011 _[signature]_
                                                    Plaintiff signature

                                                    _[signature]_
                                                    Plaintiff signature

_300 Lakeview Drive_
Address

_Aurora, IL 60506_
City, State, Zip

_630.892.6151_
Telephone number

_drenner300@yahoo.com_
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Roger H. and Tonah J. Eberhart, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6-24- 11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6- 24- 11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 412B | 03/28/05 | $129,900.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___24th___ day of __June__, 2011

_Roger H. Eberhart_
Plaintiff signature

_Tonah Eberhart_
Plaintiff signature

___4721 SW Soldier Dr.___
Address

___816 - 623 - 3913___
Telephone number

_Lee's Summit MO 64082_
City, State, Zip

_tje38raymo@sbcglobal.net_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Schlueter Rentals, LLC by Dean and Lisa Schlueter, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/22/11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-22-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 411-A | ~~01/03/2007~~ 9-12-2007 | $279,900.00 |
|  |  | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _22nd_ day of _June_, 2011 _Dean W. Schlueter_
<br>Plaintiff signature

_Lisa C Schlueter_
<br>Plaintiff signature

_13510 Lakewood Dr._
<br>Address  573-760-6394
<br>_314-640-6146_
<br>Telephone number

_Ste. Genevieve, MO 63670_
<br>City, State, Zip

_lschlueter@equipmentproinc.com_
<br>E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, **Brad And Sherry Foster**, Plaintiffs declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On **2/18/11**, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before **2/18/11**, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| Unit 303 B | 1/24/07 | $129,900 |
|  |  |  |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this **5 th** day of **July**, 2011     *Brad O Foster*
                                                Plaintiff signature

                                                *Sherry B. Foster*
                                                Plaintiff signature

**106 Celebration Cove #222**          **Branson, Mo. 65616**
Address                                City, State, Zip

**909-827-1191**                       **boobof @ Aol. Com**
Telephone number                       E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, David and Deborah Wu, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 4/21/11 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/2/11 Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S-507A | 4/20/2007 | $215,000.00 |
| S-507B | 4/20/2007 | $145,000.00 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this  21 th  day of  June , 2011

_____
Plaintiff signature

_____
Plaintiff signature

12712 Nottinghill Parkway Dr.
Address

(314) 842-4088
Telephone number

St. Louis, MO 63128
City, State, Zip

wusterwu @ yahoo.com
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Dana G. Alton Revocable Trust by Dana G. Alton Trustee, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff's are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6-26-11, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6-26-11, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
| --- | --- | --- |
| S211A | 7/21/07 | $279,900 |
| | | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _26_ day of _June_ , 201_1_

_____
Plaintiff signature

Sept 6, 2009
deceased   Howard W. Alton
_____
Plaintiff signature

_10065 Sun Ridge Circle_
Address

_Rogers, AR 72756_
City, State, Zip

_479-366-0620_
Telephone number

dadixon
_____@ cox.net
E-mail Address

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

We, Charles and Teresa Davis, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On **6-21-11**, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before **6-21-11**, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 202A   Bldg 2 | 1-17-07 | $189,900.00 |
| 202D C   Bldg 2 | 1-17-07 | $129,900.00 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this **21** day of **June**, 2011   _Charles A D—_

Plaintiff signature

_Teresa L. Davis_

Plaintiff signature

_59 Spanish Grant Rd_
Address

_573-649-5405_
Telephone number

_East Prairie, MO 63845_
City, State, Zip

_ChuckDavis – 1@SBCglobal.net_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Cynthia G. Emmert, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6-20-11 , Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6-20-11 Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 511B | 02/17/05 | $149,900.00 |
|  |  | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___20___ day of _June_, 2011   _Cynthia Emmert_
                                              Plaintiff signature


_1703 Morning Glory_
Address

_Carrollton, TX 75007_
City, State, Zip

H - _(972)939-7917 cell - 214-215-8663_
Telephone number

_cyn.art@verizon.net_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Denis and Maila Antonio, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff's are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/20/2011_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/20/2011_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S401B | 01/29/07 | $179,900 |
|  |  | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _20th_ day of _June_, 2011 _____
                                          Plaintiff signature

_____
Plaintiff signature

_481 PHEASANT HILL DR_
Address

_NORTH AURORA, IL 60542_
City, State, Zip

_(630) 730-5989_
Telephone number

_dxa7030@pharmerica.com_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Gary and Kathleen Sortino , Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _06-25-11_ , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _06-25-11_ , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 203A | 2/19/2005 | $191,880.00 |
| 203B | 2/19/2005 | $127,920.0 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _25th_ day of _June_ , 2011

_____
Plaintiff signature

_____
Plaintiff signature

_14456 Burdette Str._
Address
_402- 498-3658 (HOME)_
_402-960-6638 (CELL)_
Telephone number

_Omaha, NE 68116_
City, State, Zip

_KSORTINO@MSIINET.COM_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, TMF, LLC by Tom and Mary Shrum Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On *6-21-11*, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before *6-21-11* Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S-408 A | 04/11/2007 | $190,802.69 |
|  |  |  |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this *21st* day of *June* 2011

*Mary Shrum*
Plaintiff signature

*Tom Shrum*
Plaintiff signature

*P.O. Box 355*
Address

*Huntsville, Arkansas 72740*
City, State, Zip

*(479) 738-2300*
Telephone number

*marys@madison county.net*
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, _Richard D Parker & Nancy D Parker_, Plaintiffs declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/30/11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _____, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N 215  A & B | 6-7 yr ago | #299,900 |
|  |  |  |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _30th_ day of _June_, 2011 _Richard D Parker_
Plaintiff signature

_____
Plaintiff signature

_1 Hickory Creek Cove_
Address

_Little Rock, AR 72212_
City, State, Zip

_501-831-1700_
Telephone number

_rparker@parkerauto.com_
E-mail Address

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

We, J. Dale and Anita Burns, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff's are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6-22-11 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6-22-11 , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N219 | 05/03/08 | $225,000 |
| N221 | 05/03/08 | $155,000 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this __22__ day of __June__ , 2011 _____
Plaintiff signature

_____
Plaintiff signature

_14403 S. CODy St._
Address

_913 - 897 - 5252_
Telephone number

_Olathe, Ks. 66062_
City, State, Zip

_JDS BURNS @ SBCGLobAL.Net_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Nathan and Janet Courtwright Revocable Trust by Nathan and Janet Courtwright, Trustee, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/21/11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/21/11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 504-B | 02/19/05 | $129,900.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _2 1_ day of _June_, 2011

_____
Plaintiff signature

_____
Plaintiff signature

_1041 Fanning St_
Address

_Marshfield, MO. 65706_
City, State, Zip

_417-859-6215_
Telephone number

_NatJan @ Centurylink.Net_
E-mail Address

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Shirley Christian Revocable Living Trust Agreement by Shirley Christian, Trustee, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6-22-11_, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-22-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N222A | 3/8/05 | $189,900.00 |
|  |  | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _22 nd_ day of _June_, 2011 _Shirley J. Christian_
Plaintiff signature

_190 E 565th Rd_
Address

_Walnut Grove, Mo. 65770_
City, State, Zip

_417-788-2294_
Telephone number

_SChristan@aol.com_
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Garry and Barbara Gordon, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On ___6-24-11___, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before ___6-24-11___, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 512A, 512B, 512C | Feb. 22, 2007 | $399,900.00 |
|  |  | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___24th___ day of ___June__, 2011

_Garry J. Gordon_
Plaintiff signature

_Barbara G. Gordon_
Plaintiff signature

__7272 Old Post Road__          __Boulder CO 80301__

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, John and Patricia Adolf, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On  J u l y 11, 2 0 1 1, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _____, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S 2 2 7 | 5-1-08 | $ 2 8 9, 800 |
| S 2 2 9 | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _____12th_____ day of ___JULY___, 2011    ___John E. Adolf___
                                                          Plaintiff signature

                                                          ___Patricia Adolf___
                                                          Plaintiff signature

___2403 Yeuks Ave___                                      ___Panama City, Fl 32405___
Address                                                   City, State, Zip

___850-819-6657___                                        ___Sunglass World @AOL.com___
Telephone number                                          E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, BE McCarty, CJ McCarty 1991 Family Trust by Billy and Carol McCarty, Trustees, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/23/11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/23/11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N205 213 A | 02 /08/07 | $ 249,900.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _23 RD_ day of _June_, 2011   _Billy E. mccarty_
                                            Plaintiff signature

                                            _Carol J. McCarty_
                                            Plaintiff signature

_4315 SKYWALKER DR._                        _Somis, Ca. 93066_
Address                                     City, State, Zip

_805-377-1030_                              _momstow@aa.com_
Telephone number                           E-mail Address

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

We, Gregory N. and Suzanne H. Borganelli, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff's are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6/23/2011, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/23/2011, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N208-B &S303A N208-B $ S303-A (OB) | 02/11/05 | $329,800 |
| | | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 6/23/2011 day of JUNE, 2011    Gregory N. Borganelli
                                                 Plaintiff signature

                                                 Suzan H. Borancc
                                                 Plaintiff signature

72 Turkey Creek                              Alachua FL 32025
Address                                      City, State, Zip

386 462 1979  386 867 1817                   GBorg@ atlantic.Net
Telephone number                             E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Richard and Dona Gordon, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On ___6-20-11___, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before ___6-20-11___, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S407A | 02/12/2005 | $199,900.00 |
| Warranty Deed | 02/14/2007 | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___20th___ day of ___June___, 2011.

_____
Plaintiff signature

_____
Plaintiff signature

2096 Hathaway PL
Address

951-833-1830 Cell 951-789-0760 Home
Telephone number

Riverside, CA 92506
City, State, Zip

dickndona@aol.com
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Frost Family Trust by Jon R Frost, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 06/24/2011 , Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 06/24/2011 , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| Branson Landing   401 A   2401 | 12/13/2007 | $ 240,000 ºº |
| Branson Landing   402 A   2402 | 04/15/2009 | $ 270,000 ºº |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this __24th__ day of __June__ , 2011   _Jon R. Frost_
                                                    Plaintiff signature


__13812  Dall Lane__
Address

__831 - 595 - 9296__
Telephone number
__714 - 544 - 4573__

__Santa Ana, Ca 92705__
City, State, Zip

__Frostyman15@comcast.net__
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Warren and Cynthia Chase, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6|18|2011, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/18/2011, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S409A | 1/30/07 | $190,000 w.5C. |
| S409B | 1/30/07 | ~~$129,000~~ $129,900 |
| S408B | 1/30/07 | $129,900 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___18___ day of ___June___, 2011    _Warren Chase_
                                                    Plaintiff signature

                                                    _Cynthia M Chase_
                                                    Plaintiff signature

_P.O. Box 1178_                                     _Lebanon, MO 65536-_
Address                                             City, State, Zip    _1178_

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, LJM Group, LLC by Alan and Diane Handler, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/31/11_ , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/31/11_ , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 311S, ~~DQA Penthouse~~ OX | 10-20-06 | $279,900.00 |
|  |  |  |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _21ˢᵗ_ day of _June_ , 2011       _Alan L. Handler_
                                                Plaintiff signature

                                                _Diane L. Handler_
                                                Plaintiff signature

_260 Northland Drive_                           _Defiance, MO 63341_
Address                                         City, State, Zip

_636 - 798.3100_                                _alan-diane@ahandler.com_
Telephone number                                E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Michael and Cecilia Mahaney, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On *6-28-2011*, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before *6-28-4*, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security # S 3 3 3 | Date of Investment | Amount Invested |
|---|---|---|
| | June 13, 2007 | $ 249,900 ºº |
| | | |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this *28th* day of *June*, 2011

_____
Plaintiff signature

_____
Plaintiff signature

*214 So. West Ave*
Address

*Wichita, KS 67209*
City, State, Zip

*316-722-6442*
Telephone number

_____
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, John and Susan Lewallen, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6 - 20 -11_ , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-20-11_ , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S-412 C | 1/5/07 | $ 129,900.00 |
|  |  |  |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _20th_ day of _June_ , 2011 _John W Lewallen_
                                              Plaintiff signature

                                              _Susan Lewallen_
                                              Plaintiff signature

_795 Harbor Isle Circle West_          _Memphis, TN 38103_
Address                                City, State, Zip

_901-359-7315_                         _harbertown3@hotmail.com_
Telephone number                       E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, L&S Rentals, LLC by Larry and Sondra Colclazier, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _06-30-11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _06-30-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| | _01-25-05_ | _145,900_ |
| 309B | _01-25-05_ | $~~199,000~~ _145,900_ |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this __30__ day of __June__, 2011  _Sondra Colclazier_
_____
Plaintiff signature

_____
Plaintiff signature

_992 E Nottingham_
Address

_417-880-2141_
Telephone number

_Spfd, MO 65810_
City, State, Zip

_SKColclazier@hotmail.com_
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Robert and Verginia Ziegler, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On *27 Jun 2011*, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before *27th June, 2011* Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 403A | 2/13/2007 | $200,000.00 |
|  |  | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this *27th* day of *June*, 2011

_____
Plaintiff signature

_____
Plaintiff signature

*14XX PORTS O'CALL DR*
Address

*PLANO, TX. 75025*
City, State, Zip

*972-422-4220*
Telephone number

_____
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Donald and Constance Powles, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6-23-11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-23-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| | 12/ 2006 | |
| S204 | | $ 189,900.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _23_ day of _June_, 2011  _Donald Powles_
Plaintiff signature

_Constance J. Powles_
Plaintiff signature

_16 Crooks Rd._
Address

_Wallkill, NY 12589_
City, State, Zip

_845·895·2699_
Telephone number

_DCRP16@hotmail.com_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, George and Sue Gress, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On June 24, 2011, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before June 24, 2011 Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S-404B | 02/12/05 | $129,900.00 |
|  |  |  |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _24TH_ day of _June_, 2011     _George N Gress_
                                              Plaintiff signature

                                              _Sue A. Gress_
                                              Plaintiff signature

_34 Willow Creek Dr_                          _Highland, IL 62249_
Address                                        City, State, Zip

_(618) 654-9257 or_                            _gressgh@hotmail.com_
Telephone number                               E-mail Address
_(618) 304-9799_

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, H. LeRoy and Marjorie Minatre, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 06/21/11 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/21/11 , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N213 | 6/2005 | $ 199,000.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 21 day of June , 2011

_____
Plaintiff signature

_____
Plaintiff signature

10099 Fernwood Avenue
Address

Stockton, CA 95212
City, State, Zip

209.941.2921
Telephone number

leroy.minatre@mina-treesigns.com
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, _WAYNE AND DONCAS FOLMER_ , Plaintiffs declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _7-8-11_ , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _7-8-11_ , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| N-209 | 6-2005 | $189,000 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _7-8-11_ day of _JULY_ , 2011 _[signature]_

Plaintiff signature

_[signature]_

Plaintiff signature

_1428 Chelsea Way_

Address

_Douglas E Folmer_

_209-456-1478_

Telephone number

_STOCKTON CA 95209_

City, State, Zip

_WAYNE4DNA2@COMCAST.NET_

E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Albert and Karin Dalkey, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On __6-20-11__, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before __6-20-11__, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 2215B | 06/04/07 | $152,900.00 |
| 2415B | 06/04/07 | $162,500.00 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this __20TH__ day of __JUNE__, 2011 _Albert A Dalkey_
Plaintiff signature

_Karin P Dalkey_
Plaintiff signature

__1857 SANDY RIDGE RD.__
Address

__COLFAX NC 27235__
City, State, Zip

__336-433-6130__
Telephone number

__BERT DALKEY @__
E-mail Address

__CENTURY LINK o NET__

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

We, Jeffrey and Lenore Lupa, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On **6/21/11**, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before **6/21/11**, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S404A (UNIT #S418) | 2/12/05 | $189,900 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this **21st** day of **June**, 2011

_____
Plaintiff signature

_____
Plaintiff signature

13555 LARKSPUR DR.
_____
Address

Homer Glen, IL. 60491
_____
City, State, Zip

815-485-2558
_____
Telephone number

J_Lupa @ Comcast.Net
_____
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Fox Investments, LLC by Glenn Shaffer and Ami Fuchs Shaffer Plaintiffs declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On **June 29, 2011**, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before **June 29, 2011** Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| **523 - South** | **9-21-2007** | **$193,000.00** |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this **29th** day of **June**, 2011

_____
Plaintiff signature

_Ami Suchs Shaffer_
Plaintiff signature

**21645 No. 4110 Rd**
Address

**Uramore, Ok 74019**
City, State, Zip

**GLNN : 918-284-6955**
**AMI : 918-697-2206**
Telephone number

**GLNN : glennshaffer@cox.net**
**AMI : amishaffer@cox.net**
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Steadfast Enterprises, Inc., by Paul and Elaine Smith, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6/27/11 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/27/11 , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 2-309A | 3/23/07 | $279,900.00 |
| | | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___27___ day of _June_, 2011        _Paul A. Smith_
                                                  Plaintiff signature

                                                  _Elaine Smith_
                                                  Plaintiff signature

_170 Argate Road_                                 _Centreville, Al. 35042_
Address                                           City, State, Zip

_205-926-7792_                                    _Misclainous2@yahoo.com_
Telephone number  _205-361-5534 cell_             E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Carole Rosen, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6-19-11_, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-19-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit 24 10 A investment security | Date of Investment | Amount Invested |
|---|---|---|
| | ? 2-22-07 | 2,00,000.00 |
| | | $ |
| | | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this __9__ day of __July__ , 2011     _Carole Rosen_
                                                Plaintiff signature

_2222 Ave. of Stars_          _# 704 E_
Address                       City, State, Zip

_310 - 9267868_               _DEAR CAROLe_
Telephone number              E-mail Address _I @ AOL.COM_

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Reagan and Angela Cupples, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6/23/11, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/23/11, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S508 | 2/14/2007 | $ 199,900 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___23rd___ day of ___June___, 2011    _Reagan Cupple_
                                                      Plaintiff signature

                                                      _Angela Cupple_
                                                      Plaintiff signature

___88 Hwy 8, Lena, LA___                              ___Lena, LA  71447___
Address                                               City, State, Zip

___318 - 793-4650___                                  ___AptS100@AOL.com___
Telephone number                                      E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Robin and Georgia Schledorn, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1.  Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2.  Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3.  Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4.  On _(date)_ , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _(date)_ , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S525 | 12/19/2007 | $240,000.00 |
|  |  | $ |

5.  In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6.  Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _21st_ day of _June_ , 2011    _____
Plaintiff signature

_____
Plaintiff signature

_823 Via Alpea_
Address

_Tucson Hills, CA 91212_
City, State, Zip

_(805) 495-2349_
Telephone number

_Gschledorn @ Remuvee .com_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Frank Jr. and Jacqueline Friedlein, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/22/11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/22/11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 310A | 1/29/07 | $179,900.00 |
| 310B | 1/29/07 | $120,000.00 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _22ND_ day of _JUNE_, 2011 _____
Plaintiff signature

_____
Plaintiff signature

_8 SUNDERLAND CT_
Address

_(636) 441-0057_
Telephone number

_ST CHARLES, MO 63303_
City, State, Zip

_FFRIEDLEIN@CHARTER.NET_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Brad J. Scott, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6-21-2011_, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-21-2011_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 302A 302B 302C | 3/16/2007 | $399,900.00 |
| | | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___21___ day of ___June___, 2011 _Brad Scott_
                                              Plaintiff signature


___X    1133 RT 88___
Address

___CAkwood  N.J. 08201___
City, State, Zip

___915-782-7993___
Telephone number

___X Scott X (@) aol.com___
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Martin and Susan Merrick, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On __6/28/11__, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before __6/28/11__, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| Building: South Unit #312A (now called room S-304) | January 19, 2007 | $ 169,900.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___28th___ day of __June__, 2011 _Martin Merrick_
                                                Plaintiff signature

                                                _Susan Merrick_
                                                Plaintiff signature

__46 Salvation Ridge Ct__                       __Fenton, MO  63026__
Address                                         City, State, Zip

__314 520 - 5258__                              __wghockey1 @ aol.com__
Telephone number                                E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Phaeton Classic Properties, LLC by Steve and Rita Kleiman, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/21/11_ , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/21/11_ , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 411B | 10/19/07 | $195,000.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _21_ day of _June_ , 2011

_____
Plaintiff signature

_____
Plaintiff signature

_B115 Huddington Ct_
Address

_Fairfax Station, VA 22039_
City, State, Zip

_703-690-0227_
Telephone number

_brooklynbum55@hotmail.com_
E-mail/Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, KD Properties, LLC by David D. and Sonia Brownell, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6-22-11_, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-22-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S511 | 08/27/08 | $310,000 |
|  |  | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _22_ day of _June_, 2011

Plaintiff signature _David D. Brownell_

_P.O. Box 5694_
Address

_Edmond, OK 73083_
City, State, Zip

_405-330-4592 xt 103_
Telephone number

_davidB@eon-cab.com_
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Diane Starkey, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6/22/11, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6-22-11 Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S501 | 12/30/2004 | $129,990.00 |
| S503 | 12/30/2004 | $189,990.00 |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 6-22-11 day of 6-22-11, 2011    _Diane Starkey_
Plaintiff signature

18146 Westbranch
Address

Hudson, Fl. 34667
City, State, Zip

727-863-3860
Telephone number

DickqDiane @ Yahoo
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, RK Tremblay Investments, LLC by Roger and Kim Tremblay, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On **6-22-11**, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before **6-22-11**, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S210 and S212 | | $299,900.00 |
| | | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this **22nd** day of **June**, 2011

_Roger Tremblay_
Plaintiff signature

_Kim Tremblay_
Plaintiff signature

**33 Monroe Ave.**
Address

**978-688-4739**
Telephone number

**Methven, Ma. 01844**
City, State, Zip

**rtremblay1@hotmail.com**
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, William and Catherine Wurster, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/20/11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/20/11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 306A | 2/13/2007 | $189,900.00 |
|  |  | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _20th_ day of _June_, 2011

_____
Plaintiff signature

_____
Plaintiff signature

_2731 SW 15th STREET #203_
Address

_(561) 266-2125_
Telephone number

_DELRAY BEACH, FL. 33445_
City, State, Zip

_BANDCBUDDIES@AOL.com_
E-mail Address

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Promenade Properties, LLC by Mary Ann Lonergan, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6/21/11 , Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/21/11, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 201A | 12/15/2006 | $ 189,900.00 |
| 513B | ~~12/15/2006~~ 12/31/07 | $ 170,000.00 |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 21st day of June , 2011 *[signature]*
Plaintiff signature

420 Metairie Hammond Hwy.
Unit 304
Address

(504) 835-7046 (home)
(504) 615-1137 (cell)
Telephone number

Metairie, La. 70005-1381
City, State, Zip

maranlon 44 @
hotmail. com
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Franz and Karen Rowland, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On *6-23-11*, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before *6-23-11*, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 210A and 210B | 12/18/2006 | $299,900.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this __23rd__ day of __June__, 2011

*[signature]*
Plaintiff signature

*Karen B. Rowland*
Plaintiff signature

__1110 Carter Rd.__
Address

__Boston, Ma. 31626__
City, State, Zip

__229-735-4055__
Telephone number

__karenbrowland@yahoo.com__
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, RW Investments, LLC by Paul and Sylvia Randles, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/21/11_ , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/21/11_ , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S504A | 9/26/2007 | $242,000.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _21st_ day of _June_, 2011      _Paul Randll_
                                              Plaintiff signature

                                              _Sylvia Randlle_
                                              Plaintiff signature

_9920 Black Jack Trail_
Address

_9920 Black Jack Trail, Norman, Ok_
City, State, Zip                    _73026_

_405-850-7547_
Telephone number

_RWInvestments@SBCGlobal.Net_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Adolph M. and Thelma E. Bundrick Joint Revocable Living Trust, by Adolph M. and Thelma E. Bundrick, Trustees, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff's are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On *Sold May 24th 2011*, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before *2-26-05, bought Pre Construction* Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 205-A | 02/26/05 | $199,900 |
|  |  | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this *20th* day of *JUNE*, 2011 *Adolph M. Bundrick*
Plaintiff signature

*Thelma E. Bundrick*
Plaintiff signature

*204 W. Haven Terr. Springfield*     *Springfield, MO 65803*
Address                              City, State, Zip

*Home 417-833-3864 (Cell 417-536-0289)*     *tbundrick@mchsi.com*
Telephone number                            E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Judy Mullen-Clawson, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 4/30/11, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/30/11, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 211B | 9-19-2007 | $179,900.00 |
| | | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 30 day of June, 2011

_____
Plaintiff signature
J Mullen-Clawson

PO Box 321
_____
Address

831 801 0436
_____
Telephone number

Tres Pinos, CA 95075-
_____
City, State, Zip

heyJude6400@yahu.com
_____
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Anthony Pinner, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _02/20/11_, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _____, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S 407B | 02/12/05 | $139,900.00 |
| WARRANTY Deed | 02/14/07 | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _6-20-11_ day of _____, 2011 _[signature]_
Plaintiff signature

_3672 Rose wood Place_
Address

_Riverside CA 92506_
City, State, Zip

_(951) 788-5354_ cell# _(951)990-6902_
Telephone number

_AmP7999 @aol.com_
E-mail Address

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

We, David and Kelly Thomas, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 1/3/2011 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 1/3/2011 , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S3025  S312B(HCW's number) | 2/14/07 | ~~$149,900~~ 154,900°° * see attached |
| | | $ |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 27th day of June , 2011  Kelly Thomas
                                               Plaintiff signature

                                               Plaintiff signature

1153 Whispering Oaks Rd.                        Marshfield, MO 65706
Address                                         City, State, Zip

417/859-7078 hm.                                Kelly-RThomas@hotmail.co
Telephone number                                E-mail Address

417/343-7191 Kelly cell
4

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Stan and Sylvia Young, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On **6-20-11**, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before **6-20-11**, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S-502 | 10/20/2006  CONTRACT<br>11-27-06  CLOSED | $ 210,446.50 |
| | | $ + LOSSES<br>ATTACHED |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this **20** day of **JUNE**, 2011 _____
_____
Plaintiff signature

_____
Plaintiff signature

**65 COACH TRAIL**
Address

**EADS TN  38028**
City, State, Zip

**901-494-3310**
Telephone number

**STANYOUNG2@BELLSOUTH.NET**
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, _Sherialyn K. Byrdsong_____, Plaintiffs declare, as to
the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _7/4/11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _7/4/11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 2212 A | 2/8/07 | $179,900 |
| 2212 B | 2/8/07 | $120,000 |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _4th_ day of _July_, 2011 _Sherialyn Byrdsong_
                                              Plaintiff signature

_____
Plaintiff signature

_220 Highgate Court SW_          _Atlanta, GA 30331_
Address                          City, State, Zip

_678-732-0728_                   _skbww @ aol.com_
Telephone number                 E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Imhoff Family, LLC by Randall and Karen Imhoff, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6/21/2011 , Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/21/2011 Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit 305 A&B investment security     Bldg 2 | Date of Investment | Amount Invested |
|---|---|---|
| | Dec 21, 2006 | 309,900.00 $ |
| | | |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 21 day of June , 2011

_____
Plaintiff signature

_____
Plaintiff signature

812 Brookhill Ranch Rd
Address

501-623-2145
Telephone number

Hot Springs, AR 71909
City, State, Zip

helpishere5@yahoo.com
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Perry and Lana Ryburn, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _06-20-11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _06-20-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 314 South (306 B Bldg 2) | 02-05-07 | $ 159,900.00 |
| | | |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___20th___ day of ___June___, 2011 _____
Plaintiff signature

_____
Plaintiff signature

_P.O. Box 1631_____
Address

_405-574-2841  405-247-5468_
Telephone number

_Anadarko OK  73005-1631_
City, State, Zip

_lana.ryburn@sbcglobal.net_
E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

We, Albert Selbee, LLC by Albert and Mertie Selbee, Plaintiff's declare, as to the claims asserted under federal securities laws, that:

1. Plaintiffs have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiffs did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiffs are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6-27-11_, Plaintiffs still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6-27-11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| 311B | 12/222010  5-27-10 | $0. 120.000 ⁰⁰ |
|  |  |  |

5. In the past three years, Plaintiffs have not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff's will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _27th_ day of _June_, 2011 

_____
Plaintiff signature

ALLYSON ELIZABETH COUNTS
Notary Public – Notary Seal
STATE OF MISSOURI
Dallas County – Comm#11130814
My Commission Expires Jan. 4, 2015

_____
Plaintiff signature

_6270 Meadowview Dr_
Address

_Ozark, mgo 65721_
City, State, Zip

_417-861-8395_
Telephone number

_ASelbee42010Yahoo.Com_
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Branson Promenade Condominium, LLC by Steven Kory, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6/20/11 , Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/20/11 , Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S206A&B | 02/05/05 | $319,800.00 |
|  |  | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this ___20th___ day of ___June___, 2011 _____

Plaintiff signature

___1121 Rustic Ridge DR___
Address

___417-623-1283___
Telephone number

___Joplin, Mo. 64804___
City, State, Zip

___SKory @ msn.com___
E-mail Address

## CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Robert L. Helstrom, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff are willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6-24-2011 Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6-24-2011, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit 2313B investment security BRanson Landing | Date of Investment | Amount Invested |
|---|---|---|
| | 2/2007 | $34,344 |
| 2313A BRanson Landing | 2/2007 | $201,043 |
| | | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this __24__ day of __June__, 2011 _Robert L. Helstrom_
Plaintiff signature

_P.O. Box 3887_
Address

_LACEY, WA. 98509_
City, State, Zip

_360-481 2200_
Telephone number

_bob@reachone.com_
E-mail Address

**CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS**

I, Christina Spengler, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On _6/22/11_, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before _6/22/11_, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S205B | 8/7/2006 | $150,000.00 |
| | | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this _22_ day of _June_, 2011   _Christna Spengr_
                                         Plaintiff signature

_1522 Wraymar Lane_        _Norco Ca 92860_
Address                     City, State, Zip

_951 · 736-3114_           _Snoopy,Cookie@yahoo.com_
Telephone number           E-mail Address

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Antonius Hoan Seng Tan, Plaintiff declare, as to the claims asserted under federal securities laws, that:

1. Plaintiff have reviewed the complaint prepared by counsel and has authorized its filing.

2. Plaintiff did not purchase the security that is the subject matter of the complaint of the direction of Plaintiffs' counsel or in order to participate in any private motion arising under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. On 6/20/11, Plaintiff still owned a Promenade Branson Landing / Hilton condominium – hotel room unit investment security, and before 6/20/2011, Plaintiff's executed the following transactions with respect to this investment:

| Promenade Branson Landing /Hilton condominium-hotel room unit investment security | Date of Investment | Amount Invested |
|---|---|---|
| S-501 | ~~7/10/2007~~ *Avil* 6/15/2007 | ~~$264,000.00~~ $264,900.00 *Avil* |
|  |  | $ |

5. In the past three years, Plaintiff has not sought to serve as a class representative party on behalf of a class in the following action filed under federal securities laws.

6. Plaintiff will not accept any payment for serving a class representative party on behalf of a class beyond Plaintiff's pro-rate share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the Class as ordered or approved by the Court.

Executed this 20th day of JUNE , 2011   *Antonius Hun*
                                          Plaintiff signature

28JJ GOLF CIRCLE
Address

EMMAUS, PA-18049
City, State, Zip

610-965-4566
Telephone number

HSENGTAN@LIVE.COM
E-mail Address