IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JASON AND DEBRA OBESTER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 6:11-cv-03190-RED |
| BOUTIQUE HOTEL DEVELOPMENT ) | |
| COMPANY, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' DISCLOSURE OF CORPORATE INTERESTS

COME NOW all of the Defendants in the above captioned matter, by and through counsel, and discloses the following corporate interests pursuant to this Court's Order of March 7, 2012 (Doc. No. 46) and Local Rule 7.1:

**Defendant Hilton Worldwide, Inc.**

1. The defendant Hilton Worldwide, Inc.'s corporate parent is Hilton Worldwide Holdings Inc., which is a direct wholly owned subsidiary of Hilton Global Holdings LLC.;

2. The majority of the equity ownership of Hilton Global Holdings LLC is held by Hilton Hotels Holdings LLC, which is a direct wholly owned subsidiary of BH Hotels Holdco LLC. BH Hotels Holdco LLC is owned by a series of investment funds that are managed by affiliates of the Blackstone Group LP, which is a publicly traded company that is a global alternative asset manager and provider of financial advisory services;

3. No publicly held corporation owns more than 10% of the defendant's stock.

**None of the Defendants listed below, nor their parents, subsidiaries or affiliates to the extent applicable, have issued shares to the public:**

Boutique Hotel Development Company, L.L.C. d/b/a Hilton Promenade at Branson Landing,

Promenade Development Company, L.L.C.,

HCW, L.L.C.,

BLR Downtown Realty, L.L.C.,

The Branson Landing Master Association, Inc.,

HCW Management Consultants, L.L.C., and

HCW Development Company, L.L.C., [mentioned in Plaintiff's preamble to the Second

Amended Complaint but not mentioned as a party]

                                      Respectfully Submitted,

                                      _____/s/_____
                                      Michael K. Cully     MO 26794
                                      Angela K. Drake     MO 35237
                                      LOWTHER JOHNSON
                                      901 St. Louis, 20th Floor
                                      Springfield, Missouri  65806
                                      (417) 866-7777 – Telephone
                                      (417) 866-1752 – Facsimile
                                      mcully@lowtherjohnson.com
                                      adrake@lowtherjohnson.com

## **CERTIFICATE OF SERVICE**

       The undersigned certifies that on the 20th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing via electronic mail to all counsel of record

                                                _____/s/_____