IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JASON AND DEBRA OBESTER, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | Case No. 6:11-cv-03190-RED |
| BOUTIQUE HOTEL DEVELOPMENT ) | |
| COMPANY, LLC, et al. ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE OF DISCOVERY

The undersigned certifies Defendants' First Interrogatories to Plaintiffs and First Request for Production of Documents were served upon counsel for Plaintiff by U.S. first class mail to the below address, on this 24th day of July, 2012:

Morrissey Law Office, LLC
Anna Morrissey
114 W. Adams
Branson, MO 65616

Respectfully Submitted,
_____/s/_____
Michael K. Cully     MO 26794
Angela K. Drake      MO 35237
LOWTHER JOHNSON
901 St. Louis, 20th Floor
Springfield, Missouri  65806
(417) 866-7777 – Telephone
(417) 866-1752 – Facsimile
mcully@lowtherjohnson.com
adrake@lowtherjohnson.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of July, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing via electronic mail to all counsel of record

_____/s/_____