**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| JASON AND DEBRA OBESTER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Case No. 11-3190-CV-S-DW |
| v. | ) | |
| | ) | |
| BOUTIQUE HOTEL DEVELOPMENT COMPANY LLC, d/b/a HILTON PROMENADE AT BRANSON LANDING, et al., | ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

Before the Court is the Plaintiffs' Dismissal With Prejudice of All Plaintiffs Except Don and Norma Smith Pursuant to FRCP 41(a)(1)(A)(i) (the "Motion"). See Doc. 136. The Defendants do not object to the relief requested in the Motion. See Doc. 135. Consequently, and for good cause shown, it is hereby ORDERED that the Plaintiffs' Dismissal With Prejudice of All Plaintiffs Except Don and Norma Smith Pursuant to FRCP 41(a)(1)(A)(i) (Doc. 136) is GRANTED. All of the Plaintiffs' claims asserted in this case, with the exception of those claims asserted by Plaintiffs Don and Norma Smith, are DISMISSED WITH PREJUDICE, with each party to bear their own costs.

IT IS SO ORDERED.

Date: January 28, 2014

/s/ Dean Whipple
Dean Whipple
United States District Judge