IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| JASON AND DEBRA OBESTER, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Case No. 11-3190-CV-S-DW ) ) |
| BOUTIQUE HOTEL DEVELOPMENT COMPANY LLC, d/b/a HILTON PROMENADE AT BRANSON LANDING, et al., | ) ) ) ) |
| Defendants. | ) ) |

# ORDER

Pursuant to the pro se Plaintiff Don Smith and Norma Smith's (the "Plaintiffs") Voluntary Dismissal With Prejudice (Doc. 149), it is hereby ORDERED that the Plaintiffs' claims are DISMISSED WITH PREJUDICE. The Clerk of Court is directed to terminate any pending motions, and to then mark this case as closed.

IT IS SO ORDERED.

Date: April 28, 2014 _____/s/ Dean Whipple_____
Dean Whipple
United States District Judge